AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| SILICON VALLEY TEXTILES, INC., a California corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
| *Plaintiff(s)* | |
| v. | Civil Action No.   5:23-cv-03012 |
| MALHI TRADING CO., LTD., a Canadian corporation, SUKHLAL S. MALHI, an individual, and DOES 1 through 10, inclusive | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MALHI TRADING CO., LTD
68 WEST 47TH AVE.
VANCOUVER. BC V5Y 2X8
CANADA

SUKHLAL S. MALHI
68 WEST 47TH AVE.
VANCOUVER, BC V5Y 2X8
CANADA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William E. Adams
Mark B. Mizrahi
Freeman, Freeman & Smiley, LLP
1888 Century Park East, Suite 1500
Los Angeles, CA  90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

5820402.1  28566-833


American LegalNet, Inc.
www.FormsWorkFlow.com